An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

MARILYN P. SQUIRES,
Appellant,
vs.
CENTRAL MORTGAGE COMPANY,
Respondent.

No. 66120

**FILED**

JUL 17 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

*ORDER*

This is a certified question pursuant to NRAP 5 from the United States Bankruptcy Court, District of Nevada. Pursuant to the stipulation of the parties, and cause appearing, the certification is withdrawn and this matter is dismissed.

It is so ORDERED.

_____, C.J.

cc:    Reno Law Group, LLC
       Ace C. Van Patten
       Eddie R. Jimenez
       Clerk, United States Bankruptcy Court, District of Nevada

SUPREME COURT
OF
NEVADA

(O) 1947A

15-21707